

# VIRGINIA & AMBINDER LLP
Attorneys at Law

Trinity Centre
111 Broadway, Suite 1403
New York, New York 10006
Telephone: (212) 943-9080
Fax: (212) 943-9082

**Michael Bauman**
Of Counsel
212.943.9080
mbauman@vandallp.com

February 26, 2013

VIA ECF
Honorable Faith S. Hochberg, U.S.D.J.
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

  Re: Trustees of the B.A.C. Local 4 Funds, et al. v. J. Scrofani Construction Corp.;
     12cv1801 (FSH)(PS)

Dear Judge Hochberg:

  This firm represents the Plaintiffs in the above-referenced action.

  I write to withdraw Plaintiffs' Motion for Default Judgment returnable March 4, 2013.

Very truly yours,

/s/ Michael Bauman

Michael Bauman, Esq.

*2/27/13*
*Motion deemed withdrawn.*
*SO ORDERED.*

*Hon. Faith S. Hochberg, USDJ*